```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
Paparella,

                Plaintiff,

        v.                                          18 Civ. 9267 (DAB)
                                                           ORDER
Little & Robinson, L.L.P et al.,

                Defendants.
--------------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of William F. Gray Jr.'s letters of June 20, 2019 and September 27, 2019 regarding some defendants in the case before this Court. The Court has heard nothing from the parties in its case. It appears that a stay of the entire action is necessary pending the outcome of the bankruptcies before Judge Lane.

SO ORDERED.

DATED:   November 15, 2019

         New York, NY

                                            _____
                                               Deborah A. Batts
                                            United States District Judge