UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA PAPARELLA,

                                        Plaintiff,

                    -v-

LIDDLE & ROBINSON, LLP, et al.,

                                        Defendants.

18 Civ. 9267 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

        This case has been reassigned to this Court from the late Honorable Deborah A. Batts. The Court requests that the parties, by February 28, 2020, submit a joint letter, not to exceed three pages, that includes: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) the history of the case; (3) the current status of the case, including as to the stay prompted by the related bankruptcy proceeding; (4) the anticipated length of the pending stay, and the parties' expectations as to next steps in this case upon the lifting of the stay; and (5) any pending motions.

        SO ORDERED.

                                        _Paul A. Engelmayer_
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: February 20, 2020
        New York, New York