UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA PAPARELLA,

                  Plaintiff,

-against-

LIDDLE & ROBINSON, L.L.P., et al.,

                  Defendants.

1:18-cv-09267 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On August 30, 2022, the Court ordered the parties to file a status letter by October 30, 2022. ECF No. 80. The parties did not do so. Accordingly, the parties shall file a status letter, as previously ordered, no later than **November 10, 2022**. The parties shall include in that letter an update on Plaintiff's motion to lift the stay in the Bankruptcy Court and the hearing on that motion that the parties report was scheduled to take place on October 4, 2022. *See* ECF No. 83.

Dated: November 4, 2022
        New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge