UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA PAPARELLA,<br><br>                          Plaintiff,<br><br>-against-<br><br>LIDDLE & ROBINSON, L.L.P., et al.,<br><br>                          Defendants. | 1:18-cv-09267 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff has submitted a letter and supporting documents notifying this Court that, on November 22, 2022, the Bankruptcy Court so-ordered the parties' stipulation modifying the automatic stay in this action, and that this action can therefore proceed. ECF No. 89.

Accordingly, IT IS HEREBY ORDERED that the stay in this action is lifted.

IT IS FURTHER ORDERD that, by **December 15, 2022**, Plaintiff shall submit to the Court one courtesy copy of all motion papers related to Plaintiff's Motion to Remand, including all briefing, in the form set out in the Court's Individual Rule 3.F.

Dated: December 8, 2022
       New York, New York

                                                      SO ORDERED.

                                                      JENNIFER L. ROCHON
                                                      United States District Judge